**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 1 2004

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

NORRIS B. HOWARD, SR.                           PLAINTIFF

VS.                    CASE NO. 5:04CW00211
                                        HDY)

C.M.S. (CORRECTIONAL MEDICAL SERVICES)    DEFENDANTS

DOTTIE YARBROUGH _ C.M.S. ADMINISTATOR

ROY GRIFFIN _ INFIRMARY MANAGER, CUMMINS UNIT

DR. FAMEER SHELAT – C.M.S. CUMMINS UNIT

DR. LEVY – C.M.S.

DR. RICHARD DODSON – C.M.S.        This case assigned to District Judge Wilson

DR. LINDA F. COLLINS – C.M.S.      and to Magistrate Judge Young

DR. OLUMOFIN – C.M.S.

VERA MILLER – C.M.S. CUMMINS UNIT – NURSE

NURSE C. CHURCH – C.M.S. CUMMINS UNIT

DR. MAX J. MOBLEY – A.D.C. – DEPUTY DIRECTOR

2

## DECLARATORY JUDGMENT COMPLAINT

### CAUSE FOR ACTION
### DISCRIMINATION, CRUEL AND UNUSUAL PUNISHMENT,
### CONSPIRACY, DUE PROCESS, DELIBERATE INDIFFERENCE,
### RESPONDENT SUPERIOR

Comes   Norris   B.   Howard,   Sr.,   and   for   it's
Complaint for Declaratory Judgment states:


(1.)  Plaintiff  is  an  inmate  in  the  Arkansas
Department   of   Correction,   Cummins   Unit,   Grady,
Arkansas.


(2.) C.M.S. (Correctional Medical Services), is
the Contracted Medical Care Provider for the Arkansas
Department  of  Corrections  Systems,  with  Offices  in
Jefferson County, Arkansas, Pine Bluff, and St. Louis,
Mo. Under the Administration of Dottie Yarbrough, from
it's  Pine  Bluff  Central  Office  of  the  Arkansas
Department of Correction Systems, and Dr. Max Mobley.


(3.) Roy Griffin, is the Infirmary Manager at the

Cummins Unit, also employed by C.M.S.

(4.) Dr. Fameer Shelat, Dr. Levy, Dr. Richard Dodson, Dr. Linda F. Collins, Dr. Olumofin, Nurse Vera Miller, and C. Church, are all employees of C.M.S., and have all been addressed with my medical illnesses, conditions, pains, surgeries, and grievances.

(5.) When Plaintiff entered the A.D.C. System on 12-4-00, shortly afterwards Plaintiff was seen by C.M.S. Staff at the Diagnostic Unit of the Arkansas Department of Correction.

(6.) Plaintiff did inform C.M.S. Staff of both prior, and current illnesses, and left lung surgery in 1988, while being previously incarcerated at the Wrightsville Unit of A.D.C. --- Surgery at Jefferson Regional Medical Center of Pine Bluff Arkansas --- also witnessed by Deputy Director, Ray Hobbs, of A.D.C. Central Office, whom Plaintiff wishes to also Subpoena, as a witness to such illnesses, and surgery.

(7.) Plaintiff was Classified by C.M.S. Staff in December 2000, as M - 1, Excellent medical health, in spite of Plaintiff's notification of his illnesses, and surgery.

(8.) Plaintiff has experienced complications, and pain from his illnesses, including Ulcers, Body Rash, High Blood Pressure, Back Pains, upper and lowwer back pains, chest pains, and left side pains in the lung Surgery area, giving sharp pains all the way through to the back under left shoulder blade, and also heels and ankles hurt, right forearm hurt, and wrist, from an injury that required 270 plus stiches, and 180 Staples to (3) three layers of tissue with nerve damage, which goes numb, causing head to hurt on both sides of the brain, with black dots in my eyes. Plaintiff also informed Médical Staff that I have a family history of heart attacks, blood pressure, and sudden death from blood vessels bursting in the brain, and other areas of the head.

(9.) Plaintiff has sought Medical Treatment for

these multiple illnesses throughout his incarceration
by C.M.S. Staff.

(10.) C.M.S. Staff's Deliberate Indifference to
Plaintiff's serious medical needs by only addressing a
single medical condition at one given time even
though, Plaintiff has addressed multiple illnesses to
it's C.M.S. Staff, some yet remaining untreated.

(11.)   Plaintiff   has   been   given   various
medications, by various C.M.S. Staff Members, to name
a few:

(Ranitidine 150 mg/s/f Zantac 150 mg for Ulcers)

( by Dr. Shelat, Ibuprofen 800 mg / s/f)

(Motrin 800 mg for pain, by Dr. Shelat)

(Atenolol 50 mg / s/f Tenormin 50 mg for Blood
Pressure, by Dr. Shelat)   .

( Sulfa/Trimeth 800 / 160 DS, Erythromycin 500 mg
Dr.'s F. Shelat and Levy)

(Indomethacin 50 mg by Dr.'s Olumofin and Levy)

( s/f Indocin 50 mg, Erythromycin 400 mg s/f EES
400 mg by Dr. Linda F. Collins) and also,

( Insoles for my shoes, for my heels and ankels. All does not help, but Plaintiff continues to endure such severe pains).

(12.) Plaintiff was given several EKG's, also Ultar-Sound, prescribed by Dr. Olumofin for Ulcers, and EKG prescribed by Dr. Shelat.

(13.) All Physicans admitted they don't know what is wrong with me, but refuses to recommend me to a Specialist for a M.R.I. and C.A.T. Scans, for discovery.

(14.) Nurse Vera Miller - Refuses to recommend Plaintiff to be seen by a Doctor for all my complaining illnesses, even though I've made multiple requests to do so when seen on sick call.

(15.) Dr. Shelat refused to see Plaintiff for any other illnesses complained of during Plaintiff's Cro9nic Care visit for Blood Pressure.

(16.) All C.M.S. Staff refused to Re-Classify the Plaintiff's Medical Status from M - 1, Excellent medical health, to M - 3, as it was when previously incarcerated in 1989. Even though the Plaintiff presently undergo's these serious medical illnesses.

(17.) As a result of C.M.S. Staff's Deliberate Indifference of Plaintiff's serious medical needs, Medical Status change. Proximate cause Plaintiff to suffer the unnecessary and wanton infliction of pain in violation of Plaintiff's 8th Amendment of Due Process.

(18.) The Defendant's actions are wanton, malicious, and oppressive, adding to Plaintiff's pain and suffering, anxiety, and mental distress, with it's Deliberate Indifference of Plaintiff's serious medical needs. Medical Status change and present Medical Status Job Description/Requirements of Hoe Squad, requiring Plasintiff to do prolonged standing, walking, bending, jumping, climbing, and chopping, all requiring strenuous activity beyond Plaintiff's

physical capability.

(19.) Defendant C.M.S. is responsible for the action of all it's employee's, acting under color of their Job capacity, under Doctrine of Respondent Superior.

(20.) Such practice administered by the Defendants could not be construde as standard, nor adequate Medical Care of any other Physican, or other Private entity of the Private Sector.

(21.) Defendants C.M.S., Dr. Fameer Shelat, Dr. Olumofin, the attending Physicans at the Cummins Unit, all have very poor English Speaking capabilities, making it almost impossible to communicate, and understand what course of treatment, and for what illnesses if any given.

(22.) Plaintiff has exhausted the State Grievance Procedure to no avail, which warrants this Action in the United States District Court, as Plaintiff is yet

experiencing these illnesses, serious severe pains, and problems.

## RELIEF

(1.) Plaintiff wishes for the District Court to declare that: Defendant C.M.S. is responsible for the actions of it's Staff, acting under color of their Job duties.

(2.) Declare that the Defendants has indeed showed Deliberate Indifference to Plaintiff's serious Medical needs, and Medical Status Change from M - 1, to M - 3.

(3.) Declare Defendants has violated Plaintiff's Due Process, protected under the 8th Amendment of the United States Constitution.

(4.) Declare Defendants actions of Classifying Plaintiff as M - 1, Excellant Medical Health, and to

be forced to endure such pains, and strenuous work activity as a result to his Medical Classification as M - 1, is Cruel and Unusual Punishment, which is also protected by the U.S. Constitution.

(5.) Declare to discriminate and impliment it's conspiracy against the Plaintiff as set fortyh in this Grievance and Complaint, also violates Plaintiff's Due Process, a Constitutional Right, and also warrants the Defendants as Liable for Monitary Damages in excess of $1,000,000.00, (One Million Dollars).

(6.) Declare an Injunction, Ordering that Plaintiff recieve a M.R.I. and C.A.T. Scan, to properly diagnose his illnesses.

(7.) Declare an Injunction, Ordering Plaintiff to be sent to a Private Doctor, or Specialist, for Diagnoses for chest and side pains in surgery area; right forearm injury - study of nerve damage; back pains, upper and lower, and also pains in head along both sides of the brain; then, treat according to

Diagnoses of Specialist, or Private Doctor.

Plaintiff wishes to Subpoena the following to support his Claims:

(1) Complete Medical Jacket

(2) Complete Medical Records from Jefferson Regional Medical Center - Pine Bluff, Ar., (i,e) Lung surgery 1988, and (R) Forearm laccerated 1994 - March.

(3) Deputy Director Ray Hobbs - A.D.C. Central Office, P.O. Box 8707, Pine Bluff, Ar. 71611 - Witnessed the lung surgery in 1988.

(4) Ms.  Crystal Woods - Classification Office, Cummins Unit, P.O. Box 500, Grady, Ar. 71644 - Witness Job Status in compliance with Medical Status - M - 1.

(5) The A.R.'s on Medical Classification, and Job Assignments from the Warden, Gaylon Lay, Cummins Unit, P.O. Box 500, Grady, Ar. 71644.

Wherefore, Plaintiff Norris Howard prays that the Court declare that Plaintiff's Constitutional Protected Rights are violated, and that Defendants did so knowingly, and malicously, to inflict Cruel and Unusual Punishment upon the Plaintiff, giving careless regard to Plaintiff's pain and discomfort, and physical capabilities as a result of this occurrence, and for all other Relief to which Plaintiff may be entitled.

Respectfully Submitted,

Norris Howard Sr., # 83225
P.O. Box 500
Grady, Ar. 71644-0500

5 / 25 / 04

## DEFENDANTS ADDRESSES

(1) C.M.S.
C.M.S. Claims Department
P.O. Box 411243
St. Louis, Mo. 63141-1752

(2) Mrs. Dottie Yarbrough - C.M.S. Administrator
Central Office
P.O. Box 8707
Pine Bluff, Ar. 71611

(3) Mr. Roy Griffin - C.M.S. - Cummins Unit Manager
Cummins Unit Infirmary
P.O. Box 500
Grady, Ar. 71644-0500

(4) Dr. Fameer Shelat
Cummins Unit Infirmary
P.O. Box 500
Grady, Ar. 71644-0500 .

(5) Dr. Levy, Dr. Richard Dodson, Dr. Olumofin, and
Dr. Linda F. Collins,
C.M.S. - Central Office
P.O. Box 8707
Pine Bluff, Ar. 71611

(6) Nurse Vera Miller
    Cummins Unit Infirmary - C.M.S.
    P.O. Box 500
    Grady, Ar. 71644-0500

(7) Ms. C. Church - Medical Grievance Officer
    Cummins Unit Infirmary - C.M.S.
    P.O. Box 500
    Grady, Ar. 71644-0500

(8) Dr. Max J. Mobley - Deputy Director of Health
    Arkansas Department of Correction
    Central Office
    P.O. Box 8707
    Pine Bluff, Ar. 71611

C-800-5

**GRIEVANCE FORM**
UNIT/CENTER Cummins

ATTACHMENT I
For Office Use Only
# CU-03-61146
RECEIVED
NOV 21 2003
Date Received
CUMMINS UNIT
GRIEVANCE OFFICE

NAME (Please Print) Norris Howard        ADC # 83255

BARRACKS 14, 401 Ad-Seg, JOB ASSIGNMENT: 20 Hoe Squads

Have you discussed this problem with your immediate supervisor? YES X NO ___ NATURE OR
DESCRIPTION OF THE PROBLEM:

(CMS) Correctional Medical Services & it's staff, are in violation of the Federal RICO Act for providing less than adequate Medical Services to it's inmates of the Arkansas Department of Correction for which it contracts at a to provide Adequate Medical

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? — See Affidavits Attached:
Change Medical Status to M-3, Send me to see a Private doctor for a CAT SCAN & MRI and Proper Adequate Medical treatment. Stop discriminating against me causing me to suffer cruel & unusual Punishment

Inmate Signature Norris Howard        Date Nov. 19th, 2003

IS THIS AN EMERGENCY SITUATION? YES ___ NO X If so, why? (Provide Explanation) ___
Note: this Grievance contains 8 pages, 7 pages of my Grievance being on Affidavits, Sworn by Lt. S. Everett

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes. you may give this completed form to any officer or department employee who shall sign the attached emergency receipt. give you the receipt. and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence. to the Unit/Center Assist int Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form. report it immediately to the Warden.

(To be filled out by Receiving Officer)
**RECEIPT FOR EMERGENCY SITUATIONS** Received
DEC 16 2003
OFFICER (Please Print) ___
FROM WHICH INMATE? ___ ADC # ___ LTH SERVIC
DATE ___ TIME ___

Signature of Receiving Officer

RECEIVED CU-03-01616

NOV 21 2003

800-4

CUMMINS UNIT
GREIVANCE OFFICE

**STATE OF ARKANSAS** )
)§
**COUNTY OF** _Lincoln_ )

<u>AFFIDAVIT</u>

I, _Norris Howard_ , after first being duly sworn, do hereby swear, depose and state that: Grievance Continued Pg 2 Services at a current Rate of around or about $24.00 per day per inmate of the approx. 10,000 inmates of the Arkansas Department OF Correction inmate Population at grossing well over a hefty $87.6 Million of the approx. $183 million budget of the A.A.C. CMS, having developed & employed it's very own Standard Operating Proceedure to employ Primarily immigrant Physicans as a Cost Cutter approx $10. Thousand Per year with very poor English grammer – thus making communications between the physican + Patient (inmate) impossible! To Name a few! Dr. Fameur Shelat, Dr. Levy, Dr. Linda F. Collins, Dr. OLUMOFIN + Others.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

Nov. 19th, 2003
DATE

_Norris Howard_
AFFIANT
Norris Howard sr #83225
# A.A.C. # Name

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _19_ day of
_November_, 20_03_.

_Darell Everett Jr._
NOTARY PUBLIC

My Commission Expires: _Jan 30 2006_

Pg. 2

RECEIVED

NOV 2 1 2003      CU-03- 6146

**800-4**

CUMMINS *by*
GRIEVANCE *...*

**STATE OF ARKANSAS** )
)§
**COUNTY OF** Lincoln )

## AFFIDAVIT

I, Norris Howard , after first being duly sworn, do hereby swear, depose and state that: Grievance Continued Pg.3 , In Furtherance, to bolster it's Conspiracy , CMS has instructed Nurse V. Miller whom do the sick call for Administrative Seg Regustion inmates & Punitive to discriminate towards such inmates giving no Regard to the existing Complaint/illness on or at hand , Falsifying the inmates Medical Records of Cause of treatment or denial of treatment. Nurse V. Miller, Refuse to Recommend Me to see a doctor of the Complaing illness/Conditions — (Chest Pains , Left Side Hurts, back Hurts , Heels & Ankles Hurts , Right Fore Arm Hurts goes Numb from injury which Required 270 Plus Stiches + 180 Staples, Blood Pressure)

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

Nov. 19th 2003
DATE

Norris Howard sr.
AFFIANT

Norris Howard sr. #83225
~~SOCIAL SECURITY~~ Name & Number

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 19 day of
November , 20 05 .

Darrell Ewell jr.
NOTARY PUBLIC

My Commission Expires: Jan 30, 2006

Pg. 3

RECEIVED

A F F I D A V I T

NOV 2 1 2003

CU-03-6144

CUMMINS UNIT
GRIEVANCE OFFICE

STATE OF ARKANSAS                    )

COUNTY OF Lincoln                    )

(Grievance Continued Pg. 4)

I, Norris Howard se. #83225 , after first being duly
sworn, do hereby swear, depose and state that: Ulcers

Thus being in Violation of Inmates Howard's Constitutional
Rights of Due Process Constitutes the Unnecessary and
Wanton infliction of Pain. The Medical Staff of CMS
has acknowledge — they do not know what's wrong with me
but deny me to have a CAT SCAN + MRI done on
me to discover the Cause of Such Pains for treatment
and treat accoringly with Adequate Medical Care.

As An M-1 Excellent Medical Status inmate, I inmate
Norris Howard se. #83225, am being forced to Preform
duties beyond my medical ability (such as Hoe Squade,
bending, Jumping, Prolong Standing, Walking and Strainuues
activity of Chopping etc, lifting — Causing me Sever Pains

I further swear that the description of the incident contained herein, is a true, accurate and
impartial description to the best of my knowledge, information and belief.

NAME: Norris Howard se. #83225

DATE: Nov, 19th 2003

Nora Howard
SIGNATURE

Subscribed and sworn to before me this _____19_____ day of
___November___, 20 03

Sawell Emett Jr.
NOTARY PUBLIC

My Commission Expires: JAn 30, 2006
Pg 4

ADC CDC-1402

A F F I D A V I T
– – – – – – – – –

RECEIVED

CU-03-6146

NOV 21 2003

CUMMINS UNIT
GRIEVANCE OFFICE

STATE OF ARKANSAS          )
COUNTY OF __Lincoln__      )

(Grievance Continued P_3. 5)

I, Norris Howard sr. #83225 _____, after first being duly
sworn, do hereby swear, depose and state that:

Head Hurts in templets both Sides and along brain
both Sides of Head. Having informed the Medical Staff
I've had Left lung Surgery in 1988 at JRMC, Pine Bluff, while
incarcerated at the Weightsville Unit of AAC. Witness by then
Asst. warden and Now Asst. Deputy Director - MR. Ray Hobbs.
All this available information — CMS, Ms. Dottie Yarbrough,
Mr. Ray Griffin the Interim Managers at Cummins Unit
along with Nurse Church and All Care Correctional Services
and all it's Staff. Classify inmate Norris B Howard #83225
M-1 as Excellent Medical Health and Refuse to Re-Classify this
inmate as M-3 the Same given Medical Status when Paroled in
1989 due to inmates then & Current Medical Status, Conditions.

I further swear that the description of the incident contained herein, is a true, accurate and
impartial description to the best of my knowledge, information and belief.

NAME: Norris Howard sr. #83225

DATE: Nov. 19th, 2003

Norris Howard
SIGNATURE

Subscribed and sworn to before me this _____ 19 _____ day of
November, 20 03

Samuel Everett jr
NOTARY PUBLIC

My Commission Expires: Jan 30, 2006
Dr. G

ADC-CDC—1402

A F F I D A V I T

RECEIVED

NOV 21 2003          CU-03-61466

CUMMINS UNIT
GREIVANCE OFFICE

STATE OF ARKANSAS          )
COUNTY OF _Lincoln_____ )
                           )

( Grievance Continued Pg.6 )

I, _Norris Howard sr. #83225_____, after first being duly
sworn, do hereby swear, depose and state that: Inmates are given and assigned
jobs according to thier Current Medical Status — See
AR— Classification also Verifyed by the Warden's +
Classification Officer — Ms. Crystal Woods. Therefore,
the Warden's, Classification Office Ms. Woods & the A.D.C.
Administration bares No claims to this grievence
as My Job Status is in Complaince with my Medical
Status.

My Medical Status is Not in Compliance With
My Medical Conditions, I'm being denied Proper
Adequate Medical treatment and being forced to endure
the Unnecessary and wanton infliction of Pain. Due
to CMS & Staff's Ailiberate Indifference of My Conditions/Illness.

I further swear that the description of the incident contained herein, is a true, accurate and
impartial description to the best of my knowledge, information and belief.

NAME: Norris Howard sr. #83225
DATE: Nov 19th, 2003

_Norris Howard_____
SIGNATURE

Subscribed and sworn to before me this ____19____ day of
_November____ 20 _03_

_Samuel E_____
NOTARY PUBLIC

My Commission Expires: Jan 30, 2006

ADC CPD - 1402

A F F I D A V I T

CU-03-6146

STATE OF ARKANSAS )
COUNTY OF Lincoln )

(Grievance Continued Pg. 7)

I, Norris Howard sr. #83225, after first being duly sworn, do hereby swear, depose and state that: Such a Pratice could not be construde as Standard nor Adequate Medical Care of any Other Physican of another enity or Private Sector. Although such a Pratice by CMS + it's Staff is to Recommend [ACETAMINOPHEN 325 MG TABLET] (Acetaminophen 325 mg) for any and all illness instead of administrating Proper / Adequate Medical Care, thoroly examing it's inmate Patients evan if it Requires to Recommend and send such inmate Patient to a Private Physican of another enity for test + treatment that such Patient would Recieve adequate Medical Care. Such Standard Operating Procedures of CMS denies Patients Proper Medical Care and in Return, Saves CMS Money as Commission to do so with it's Conspiracy.

I further swear that the description of the incident contained herein, is a true, accurate and impartial description to the best of my knowledge, information and belief.

NAME: Norris Howard sr. #83225

DATE: Nov 19th, 2003

Norris Howard
SIGNATURE

Subscribed and sworn to before me this 19 day of November, 20 03

Samuel Everett Jr.
NOTARY PUBLIC

My Commission Expires: Jan 30, 2006

ADC-CDC-1402

A F F I D A V I T
— — — — — — — —

CU-03-0146

STATE OF ARKANSAS              )

COUNTY OF Lincoln              )

RECEIVED

NOV 21 2003

(Grievance Continued Pg. 8)

I, Norris Howard Sr. #83225                                          , after first being duly

sworn, do hereby swear, depose and state that: As Result, CMS, Aottie Yarbrough,

Dr. Shalat, Dr. Levy, Dr. Collins, Dr. Olumofin, Nurse
V. Miller, Mr. Ray Griffin, Nurse Church and Allcare Correctional
has engaged in Racketeering with its Conspiracy netting
millions with it's less than Standard Medical Pratice. In
Violation of the Federal RICO Act and thus Actionable
Under the Federal Tort Reform Act of inmate Norris Howard's
due Process for discrimination + Cruel and Unussual
Punishment. Having addressed this matter to CMS on
Numerous occassions only to no availe and a Current
Medical Grievance appeal now Pending with the Deputy Asstn.
Director for Medical Services since Nov. 2, 2003 about or about
yields venue for commencement of this RICO Action within 10 days

I further swear that the description of the incident contained herein, is a true, accurate and
impartial description to the best of my knowledge, information and belief.

NAME: Norris Howard Sr. #83225

DATE: Nov. 19th, 2003

SIGNATURE: Norris Howard

Subscribed and sworn to before me this        19        day of

November , 20 03

NOTARY PUBLIC: Darell Everett Jr.

My Commission Expires: Jan 30, 2006
                        Pg. 9

# CMS GRIEVANCE RESPONSE

Grievance # CU03-6146

| Inmate: Howard, N | ADC#:83225 | DOB: |
|---|---|---|
| Facility: CUMMINS | Barracks: 14 | |

| Grv. Date:11/19/03 | Date Infirmary Recd: 11/24/03 | Response Date:11/29/03 |
|---|---|---|

| Interview: n/a | Deferred: |
|---|---|

Inmate's Complaints: (Code:619) See Grievance  CU03-6146

Response:You are a M-1 medical class and have been since 12/5/00.  You are currently being treated by the medical staff.  All CMS medical staff are board certified.  CMS does not base medical care on sex, race, or religion.  Medical care is based on individual needs.

Recommendations: None.

Responding Staff: C. Church-Grievance Officer                 Date:  11/29/03

Original - ADC Grievance Officer
Copy - Inmate
Copy - File

Follow Up Required? No x Yes ☐ Date _____

Received
DEC 1 0 2003
...TH SERVIC...

C-800-6

Attachment II

INMATE NAME Howard, N          ADC # 83225     GRIEVANCE # CU-03-(01(0(0

## WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined that your grievance is of a medical nature.  I have therefore forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty (20) working days of the date I received your grievance.  Should you receive no response within this time frame, or the response that you receive is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional programs.  If you have medical needs that you believe are urgent put in a Sick Call Request, or send a Request for Interview to the Medical Administrator.

If you appeal this grievance, you must attach the Infirmary Manager's response to your appeal.  Otherwise, the grievance may have to be returned to you for this information before it can be processed.

_____     _____     11-21-03
Signature of ARO or Warden's/Supervisor's Designee     Title     Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director.  Keep in mind that you are appealing the decision to the original complaint.  Do not list additional issues which are not a part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? — the Response is evasive on the merits of the Complaints submitted to it's entirety and also frivolous. Nurse V. Miller Refuse to Refer me to the doctor of all my complaining illnesses — specificly — Chest Pains, Heels & Ankles hurt for over last year, Back Pains, Right forearm goes Numb, Head hurts on both sides of brain and medical status Change due to Lung Surgery and very poor health also Bleeding Ulcers, Strainouse activity Causes me to hurt moreso aswell prolonged Standing, Walking, Jumping, bending, These matters are also addressed in Grievance # CU03-5678 Yields these matters actionable in Federal Court.

Inmate Signature     ADC #     Date
Nuno Howard     83 225     12/6/03

Back of Attachment II

Norris, Howard                    83225                    CU03-6146

INMATE NAME_____ADC_____ GRIEVANCE_____

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

Following review of your grievance, appeal and the medical response I find that your current medical classification is M-1 and you have maintained this classification since 12/5/00.   The unit provider has found no reason to change you medical classification to M-3 or to send you to a private physician to receive a CT scan or MRI.  There is nothing to indicate that you are not currently being provided adequate medical service at the Cummins Unit.

It is Nurse's Miller's assigned duties to conduct Sick Call and when she determines a need for a patient to be seen by the physicians she will refer them; or if they have already been seen twice for the same complaint they will be referred.

I suggest that if you are having problems performing your assigned duties then you should contact your supervisor for the Classification Officer.

This appeal has no merit.

_____                    _____
              SIGNATURE                                              12-31-03
                                                                       DATE

Please be advised that if you appeal this decision to the U. S. District Court a copy of this Deputy/Assistant Director must be attached to any petition or complaint or the Court must dismiss your case without notice.  You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.